IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LEONARDO CACHO, RUBEN CHARLES, CARL CLARK, LINDA CREA, SR., BRANDON DUELING, ROXIE HARRIS, WENDER JEUDY, WANDA JONES, SEAN K. LEE, TINA MARIE, LETITIA MATTHEWS, ROBERT MCCUMSEY, RULESHA MCKINNEY, BIANCA ORTIZ, FRANCY DIAZ PEREZ, JAMES POWELL, ANTHONY PYLES, ELLERY RICHARD, JEFFREY ROBINSON, MARCIO SINELLI, THOMAS STEFANOPOULOS, BETTY WALTON, JENNIFER WALKER, HUEY WILLIAMS, and ANTONIO WYNN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-CV-02894-ELR |
| Plaintiffs, | |
| v. | |
| MERCEDES-BENZ USA, LLC, MERCEDES-BENZ AKTIENGESELLSCHAFT, and MERCEDES-BENZ GROUP AKTIENGESELLSCHAFT, | |
| Defendants. | |

**MERCEDES-BENZ USA, LLC, MERCEDES-BENZ
AKTIENGESELLSCHAFT, and MERCEDES-BENZ GROUP
AKTIENGESELLSCHAFT'S MOTION TO DISMISS COMPLAINT**

Defendants Mercedes Benz USA, LLC ("MBUSA"), Mercedes-Benz Group

Aktiengesellschaft ("MBG"), Mercedes-Benz Aktiengesellchaft ("MBAG")

respectfully move the Court to dismiss the claims asserted against them in plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6). This motion is based on the accompanying memorandum of law, the attached declarations and the exhibits thereto, and the record in this case.

Respectfully submitted this 20th day of December, 2024.

/s/ S. Wade Malone
S. Wade Malone
Georgia Bar No.
468015
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
wade.malone@nelsonmullins.com

Troy M. Yoshino (*pro hac vice*)
Dana Cook-Miligan (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
tyoshino@winston.com
dlcook@winston.com

Lisa M. Coutu (*pro hac vice*)
LCoutu@winston.com
Winston & Strawn LLP
200 Park Avenue

New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Defendants Mercedes-Benz USA, LLC, Mercedes-Benz Aktienglesellschaft, and Mercedes-Benz Group Aktienglesellschaft*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing has been filed on December 20, 2024 using the Court's CM/ECF system, which will send notice of electronic filing to all parties registered with the system.

*/s/ S. Wade Malone*
S. Wade Malone
Georgia Bar No. 468015
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
wade.malone@nelsonmullins.com

Troy M. Yoshino (*pro hac vice*)
Dana Cook-Miligan (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
tyoshino@winston.com
dlcook@winston.com

Lisa M. Coutu (*pro hac vice*)
LCoutu@winston.com
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

Facsimile: (212) 294-4700

*Attorneys for Defendants Mercedes-Benz*
*USA, LLC, Mercedes-Benz*
*Aktienglesellschaft, and Mercedes-Benz*
*Group Aktienglesellschaft*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify, in compliance with Local Rule 5.1(C), that the foregoing pleading has been prepared using 14-point Times New Roman font with margins of not less than 1 inch.

*/s/ S. Wade Malone*
S. Wade Malone
Georgia Bar No.
468015
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
wade.malone@nelsonmullins.com

Troy M. Yoshino (*pro hac vice*)
Dana Cook-Miligan (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
tyoshino@winston.com
dlcook@winston.com

Lisa M. Coutu (*pro hac vice*)
LCoutu@winston.com
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Defendants Mercedes-Benz USA, LLC, Mercedes-Benz Aktienglesellschaft, and Mercedes-Benz Group Aktienglesellschaft*